In The United States District Court
For the District Of New

Robert Purtado

VS

Maywood Police Department
&
Maywood CA. City

(Complaint.)

FILED
ENTERED

RECEIVED
SERVED ON
COUNSEL/PARTIES OF RECORD

JUN -- 1 -2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:

2:18-cv-00991-JAD-CWH

Filed a report, I
would like the judge to
ask the both Agencies for
a copy, Please review it this
very long & its best to
talk to the plaintiffs.
Please Review...

Rule #8

I would like my things
returned, Properties, accounts,
Cars, etc. Also a apology, I have
waited a long time. my body
is in pain due to all the
errors forced on to me please
review the report. From the 2
agencies you can also Contact
Robert Mueller X-FBI Agent Washington Dc.

Please also contact
Mrs Angela Merkel the
German Chancellor she is
aware of my case. I need
assistance also the Maywood
police & City Hall are not
available... My evidence is
also in Germany with the
Chancellor.

June 1 2018    x Robert Pintado
                x Robert Pintado

4350 Boulder Hwy #202
Las Vegas Nv. 89121
213 318 8737